JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

RICHARD ALLEN,

        Plaintiff,

        v.

CITIBANK, N.A., and DOES 1-10, inclusive,

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.:  2:17-cv-01650-FMO-SK

ORDER GRANTING STIPULATION [13] TO ARBITRATE AND STAY CASE

Pursuant to the stipulation of the parties,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.  This action is stayed pending completion of arbitration proceedings;

2.  The clerk shall administratively close the case file; and

3.  Plaintiff shall file a status report regarding the arbitration proceedings every ninety

    (90) days from today's date and until completion of the arbitration proceedings.

DATED:  April 24, 2017

               _____/s/_____
               FERNANDO M. OLGUIN
               UNITED STATES DISTRICT COURT JUDGE